IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JANEVE CO., INC. and<br>TAX PARCEL NO. 26-028.20-054, | §<br>§<br>§ | No. 485, 2014 |
| Defendant Below-Appellant, | §<br>§ | |
| v. | §<br>§ | Court Below: Superior Court<br>of the State of Delaware,<br>in and for New Castle County |
| THE CITY OF WILMINGTON,<br>a Municipal Corporation<br>of the State of Delaware, | §<br>§<br>§<br>§ | C.A. N12J-03974 PRW |
| Plaintiff Below-Appellee. | §<br>§ | |

_____

| | | |
|---|---|---|
| READWAY, INC. and<br>TAX PARCEL NO. 26-013.30-183, | §<br>§<br>§ | |
| Defendant Below-Appellant, | §<br>§ | |
| v. | §<br>§ | C.A. N12J-03922 PRW |
| THE CITY OF WILMINGTON,<br>a Municipal Corporation<br>of the State of Delaware, | §<br>§<br>§ | |
| Plaintiff Below-Appellee. | § | |

_____

| | | |
|---|---|---|
| THE REVOCABLE TRUST OF<br>WALTER LOWICKI DATED<br>AUGUST 18, 1999, STANLEY C.<br>LOWICKI, UNKNOWN HEIRS OF<br>WALTER LOWICKI, and<br>TAX PARCEL NO. 26-055.40-022, | §<br>§<br>§<br>§<br>§<br>§ | |
| Defendant Below-Appellant, | §<br>§ | C.A. N12J-03901 PRW |
| v. | §<br>§ | |

THE CITY OF WILMINGTON,  §
a Municipal Corporation  §
of the State of Delaware,  §
  §
  §
    Plaintiff Below-Appellee.  §

Submitted:    November 18, 2015
Decided:      November 19, 2015

Before **STRINE**, Chief Justice; **HOLLAND** and **VAUGHN**, Justices.

## O R D E R

This 19th day of November 2015, having considered this matter on the briefs filed by the parties and after oral argument, we find it evident that the judgment of the Superior Court should be affirmed on the basis of and for the reasons assigned in its June 13, 2014 decision.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Leo E. Strine, Jr.*

Chief Justice

---

[1] *City of Wilmington v. Janeve Co., Inc.*, 2014 WL 2895228 (Del. Super. June 13, 2014).